ARLEO LAW FIRM, PLC
ELIZABETH J. ARLEO (CASB NO. 201730)
850 Main Street, Suite 201
Ramona, CA 92065
Telephone:  760/789-8000
760/789-8081 (fax)

Law Offices of Eric F. Fagan
2300 Boswell Rd., Suite 211
Chula Vista, CA  91914
elizabeth@arleolaw.com
Phone: 619-656-6656; Fax: 775-898-5471
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES SNOW, an individual. | ) Case No.:  CV 08-1370 PVT |
| Plaintiff, | ) |
| v. | ) **NOTICE OF APPEARANCE** |
| ERIN CAPITAL MANAGEMENT, LLC, a limited liability company; and DOES 1 through 10 inclusive; | ) Time: 2:00 PM<br>) Date: July 1, 2008<br>) Judge: Patricia V. Trumbull |
| Defendants. | ) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, TAKE NOTICE:**

I, the undersigned attorney, enter my appearance as additional trial counsel for plaintiff James Snow in the above-captioned case.

Respectfully submitted,

Dated 6/25/2008

                    ___/S/ Elizabeth J. Arleo _____
                    Elizabeth J. Arleo, Attorney for Plaintiffs