ARLEO LAW FIRM, PLC
ELIZABETH J. ARLEO (CASB NO. 201730)
850 Main Street, Suite 201
Ramona, CA 92065
Telephone:  760/789-8000
760/789-8081 (fax)

Law Offices of Eric F. Fagan
2300 Boswell Rd., Suite 211
Chula Vista, CA  91914
elizabeth@arleolaw.com
Phone: 619-656-6656; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SNOW, an individual. | ) Case No.:  CV 08-1370 PVT  )|
| Plaintiff, | ) |
| v. | ) **REQUEST TO APPEAR** ) **TELEPHONICALLY TO THE CASE** |
| ERIN CAPITAL MANAGEMENT, LLC, a limited liability company; and DOES 1 through 10 inclusive; | ) **MANAGEMENT CONFERENCE** ) ) |
| | ) Time: 2:00 PM |
| Defendants. | ) Date: July 1, 2008 ) Judge: Patricia V. Trumbull ) ) |

//
//
//
//
//
//
//

1
**REQUEST TO APPEAR TELEPHONICALLY TO THE CASE MANAGEMENT CONFERENCE**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, TAKE NOTICE:**

Because counsel for the plaintiff is located in San Diego, California, counsel respectfully requests to be allowed to appear at the July 1, 2008 Case Management Conference via telephone from her office at 2300 Boswell Rd. Ste 211, Chula Vista, CA 91914; (619) 656-6656.

Respectfully submitted,
Dated 6/25/2008

　　　　　　　　　　　　　　　　__/S/ Elizabeth J. Arleo_____
　　　　　　　　　　　　　　　　Elizabeth J. Arleo, Attorney for Plaintiff

**REQUEST TO APPEAR TELEPHONICALLY TO THE CASE MANAGEMENT CONFERENCE**

Elizabeth J. Arleo (SBN 201730)
Law Offices of Eric F. Fagan
2300 Boswell Rd., Suite 211
Chula Vista, CA 91914
elizabeth@arleolaw.com
Phone: 619-656-6656; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SNOW, an individual. | Case No.: CV 08-1370 PVT |
| Plaintiff, | **PROPOSED ORDER** |
| v. | |
| ERIN CAPITAL MANAGEMENT, LLC, a limited liability company; and DOES 1 through 10 inclusive; | Time: 2:00 PM<br>Date: July 1, 2008<br>Judge: Patricia V. Trumbull |
| Defendants. | |

The court Hereby grants the request for Elizabeth J. Arleo to appear at the above-mentioned Case Management Statement telephonically pursuant to the following procedure:

[the court will initiate the conference by calling Defendant's counsel at the time of the hearing at 619-656-6656]

OR

[Defendant's counsel is directed to call the court at 408-535-5391 at the time of the hearing]

Date:_____                    _____
                                        Patricia V. Trumbull

1

PROPOSED ORDER