1  Elizabeth J. Arleo (SBN 201730)
2  Law Offices of Eric F. Fagan
   2300 Boswell Rd., Suite 211
3  Chula Vista, CA  91914
4  Phone: 619-656-6656
   Facsimile: 775-898-5471
5  Attorney for Plaintiff
6  elizabeth@arleolaw.com

7

8
                    **UNITED STATES DISTRICT COURT**
9                   **NORTHERN DISTRICT OF CALIFORNIA**
10

11 | JAMES SNOW, an individual. | )Case No.:  CV 08-1370 PVT |
12 |                            | ) |
   | Plaintiff,                 | ) |
13 | v.                         | )REQUEST TO CONTINUE JULY 1, |
14 |                            | )2008 CASE MANAGEMENT |
   | ERIN CAPITAL MANAGEMENT,   | )CONFERENCE |
15 | LLC, a limited liability company; and | ) |
16 | DOES 1 through 10 inclusive; | ) |
   |                            | )    Time: 2:00 PM |
17 | Defendants.                | )    Date: July 1, 2008 |
18 |                            | )    Judge: Patricia V. Trumbull |
19 |                            | ) |
   |                            | ) |
20

21
   Plaintiff, James Snow ("Plaintiff"), by and through his counsel of record hereby requests the
22
   Case Management Conference ("CMC") scheduled for July 1, 2008 be continued until mid-
23
   September 2008 or later. Plaintiff's request is made on the grounds that the Complaint has
24
   not yet been served on Defendant, Erin Capital Management LLC ("Defendant").
25

26
   The complaint was filed on March 11, 2008.  The ADR SCHEDULING ORDER: Case
27
   Management Statement was issued immediately.  The order set, among other things, the July
28
   1, 2008 Case Management Conference.  The Complaint has not been served.  Pursuant to the

                                           1
                REQUEST TO CONTINUE JULY 1, 2008 CASE MANAGEMENT CONFERENCE

1  Fed. Rules of Civil Procedure, Rule 4(m), Plaintiff has 120 days to serve the Complaint, in
2  this instance, until July 9, 2008.
3
4  On June 25, 2008, additional counsel, Elizabeth J. Arleo, appeared on behalf of Plaintiff.
5  Counsel separately requested she be allowed to appear telephonically at the CMC. If the
6  Court grants Plaintiff's request to continue the CMC, the request for telephonic appearance
7  would be moot.
8
9  Because Defendant has not yet been served with the Complaint, Plaintiff respectfully
10 requests the CMC be continued to mid-September 2008 or later to allow sufficient time for
11 Plaintiff to serve Defendant, Defendant to appear and Answer, and for the parties to meet and
12 confer pursuant to Fed. Rules of Civil Procedure, Rule 26.
13
14 Respectfully submitted,
15
16 Dated 6/26/2008
17                                        S/ Elizabeth J. Arleo _____
                                          Elizabeth J. Arleo, Attorney for Plaintiff
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES SNOW, an individual. | ) Case No.: CV 08-1370 PVT |
| | ) |
| Plaintiff, | ) **PROPOSED ORDER RE:** |
| v. | ) **PLAINTIFF'S REQUEST FOR** |
| | ) **CONTINUANCE OF CASE** |
| ERIN CAPITAL MANAGEMENT, | ) **MANAGEMENT CONFERENCE** |
| LLC, a limited liability company; and | ) |
| DOES 1 through 10 inclusive; | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| _____ | ) |

    The court hereby grants Plaintiff's request for continuance of the July 1, 2008 Initial Case Management Conference ("CMC"). The CMC is continued to _____, 2008. Other deadlines set by the March 11, 2008 Order Setting Initial Case Management Conference and ADR Deadlines [Docket #2] are continued accordingly.

Date:_____                    _____
                                                  UNITED STATES DISTRCT JUDGE
                                                  Patricia V. Trumbull

PROPOSED ORDER RE: PLAINTIFF'S REQUEST FOR CONTINUANCE FOR CASE MANAGEMENT CONFERENCE