**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES SNOW, an individual. | ) Case No.: CV 08-1370 PVT |
| | ) |
| Plaintiff, | ) ~~PROPOSED~~ **ORDER RE:** |
| v. | ) **PLAINTIFF'S REQUEST FOR** |
| | ) **CONTINUANCE OF CASE** |
| ERIN CAPITAL MANAGEMENT, LLC, a limited liability company; and DOES 1 through 10 inclusive; | ) **MANAGEMENT CONFERENCE** |
| | ) |
| Defendants. | ) |
| | ) |

The court hereby grants Plaintiff's request for continuance of the July 1, 2008 Initial Case Management Conference ("CMC"). The CMC is continued to  September 9 , 2008. Other deadlines set by the March 11, 2008 Order Setting Initial Case Management Conference and ADR Deadlines [Docket #2] are continued accordingly.

Date: 6/26/08

*Patricia V. Trumbull*
UNITED STATES ~~DISTRCT~~ MAGISTRATE JUDGE
Patricia V. Trumbull

---

1

PROPOSED ORDER RE: PLAINTIFF'S REQUEST FOR CONTINUANCE FOR CASE MANAGEMENT CONFERENCE