AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

[Clear Form]

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Snow, an individual<br><br>Plaintiff<br>v.<br>Erin Capital Management, LLC, a limited liability company; and DOES 1 through 10 inclusive;<br><br>Defendant | Civil Action No.  C08-01370 PVT |

### Summons in a Civil Action

To: Erin Capital Management, LLC, a limited liability company

*(Defendant's name)*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Mary G. Thompson, Esq. 249200
Law Offices of Eric F. Fagan
2300 Boswell Road, Suite 211
Chula Vista, CA 91914
Phone: 619-656-6656

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: JUL 0 3 2008

Deputy clerk's signature
Tiffany Salinas-Harwell

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 03/08) Civil Summons (Page 2)       Civil Action No.: C08-01370 PVT

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __07/07/2008__, by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is __Alexandra FLANCO, Agent for Service__ ; or ERIN CAPITAL MANAGEMENT, LLC / 35 EAST 21st STREET 5th floor / NEW YORK, NY 10010

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: __July 07, 2008__

__Darlene S. Greene__
Server's signature

__Darlene S. Greene - Process Server__
Printed name and title

__P.O. Box 1085, Bronx, NY 10471__
Server's address

Darlene S. Greene- Process Server
N.Y.C. Dept. of Consumer Affairs
License No.: 1096285
Expires: 02-28-2010