Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, California 92106
Telephone: (619) 758-1891
Facsimile: (619) 222-3667
dkirkpatrick@sessions-law.biz

Attorney for Defendant Erin Capital Management, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SNOW, an individual,<br><br>                Plaintiff,<br><br>   vs.<br><br>ERIN CAPITAL MANAGEMENT, LLC a limited liability company; and DOES 1 through 10 inclusive;<br><br>                Defendants | Case No.: Case No. C08 01370 PVT<br><br>AMENDED REQUEST OF COUNSEL TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE AND [PROPOSED] ORDER THEREON<br><br>Date:  09/09/08<br>Time: 2:00 p.m.<br>Place: Courtroom 5, 4th Floor |

///

///

///

The undersigned, counsel of record for defendant Erin Capital Management, LLC, hereby respectfully requests the Court's permission to participate by telephone in the Case Management Conference scheduled for September 9, 2008 at 2:00 p.m. The basis of this request is that counsel's office is located in San Diego County, California and telephonic participation in the Case Management Conference would eliminate the significant expenditure of time and resources involved in travel to and from San Jose. For the convenience of the Court and parties, the undersigned will coordinate a toll-free conference call number for use in conducting the Case Management Conference if the requested relief is granted. This request was previously filed August 18, 2008, but incorrectly stated the date for the Case Management Conference.

Respectfully submitted,

SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP

Dated:   8/27/08               /s/ Debbie P. Kirkpatrick
                               Debbie P. Kirkpatrick
                               Attorney for Defendant
                               Erin Capital Management, LLC


[PROPOSED] ORDER

Permission is hereby granted for Debbie P. Kirkpatrick, counsel of record for defendant Erin Capital Management, LLC, to participate by telephone in the Case Management Conference scheduled for September 9, 2008 at 2:00p.m.

Dated:                         _____
                               Hon. Patricia V. Trumbull
                               United States District Judge