UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES SNOW,

          Plaintiff(s),

v.

ERIN CAPITAL MANAGEMENT, LLC,

          Defendant(s).

No. C 08 01370 PVT

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 8/29/08

Signature _____

Counsel for Erin Capital Management, LLC
(Plaintiff, Defendant, or indicate "pro se")