Eric F. Fagan (SBN 87071)
LAW OFFICES OF ERIC F. FAGAN
2300 Boswell Rd. Suite 211
Chula Vista, CA 91914
Telephone: 619-656-6656;
Facsimile: 775-898-5471

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SNOW, an individual. | ) Case No.: CV 08-1370 PVT |
| | ) |
| Plaintiff, | ) **Certification of Interested Entities or** |
| v. | ) **Persons** |
| | ) |
| ERIN CAPITAL MANAGEMENT, | ) |
| LLC, a limited liability company; and | ) |
| DOES 1 through 10 inclusive; | ) |
| | ) |
| Defendants. | ) |
| | ) |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: Septemebr 2, 2008        BY:   /S/ Eric F Fagan
                                                    Eric F. Fagan
                                                    Attorney for Plaintiff

1
Disclosure of Non-party Interested Entities or Persons