| | |
|---|---|
| 1 | Debbie P. Kirkpatrick, Esq. (SBN 207112) |
| 2 | SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P. |
|   | 3667 Voltaire Street |
| 3 | San Diego, California 92106 |
|   | Telephone: (619) 758-1891 |
| 4 | Facsimile: (619) 222-3667 |
| 5 | dkirkpatrick@sessions-law.biz |
| 6 | Attorney for Defendant |
| 7 | Erin Capital Management, LLC |

*E-FILED - 11/18/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SNOW, an individual, | ) |
| | ) Case No. C08 01370 RMW PVT |
| Plaintiff, | ) |
| vs. | ) |
| | ) STIPULATION OF DISMISSAL |
| ERIN CAPITAL MANAGEMENT, LLC a | ) WITH PREJUDICE AND |
| limited liability company; and DOES 1 | ) [] ORDER |
| through 10 inclusive; | ) |
| | ) Fed. R. Civ. P. 41(a)(1) |
| Defendants. | ) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, JAMES SNOW, and Defendant, ERIN CAPITAL MANAGEMENT, LLC, stipulate, and the Court hereby orders, as follows:

///

///

///

///

///

1

Stipulation of Dismissal

The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, JAMES SNOW, against Defendant, ERIN CAPITAL MANAGEMENT, LLC, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: 10/31/08          LAW OFFICES OF ERIC F. FAGAN

*/s/Eric F. Fagan*
Eric F. Fagan,
Attorney for Plaintiff,
James Snow

Dated: 10/31/08          SESSIONS, FISHMAN, NATHAN & ISRAEL L.L.P.

*/s/Debbie P. Kirkpatrick*
Debbie P. Kirkpatrick,
Attorney for Defendant,
Erin Capital Management, LLC

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated: 11/18/08

_____
The Honorable Ronald M. Whyte
United States District Judge